AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br><br>DHAVALKUMAR PATEL,<br>Date of Birth October 4, 1992<br><br>*Defendant(s)* | )<br>)<br>) Case No. 4-25-MJ-6021<br>)<br>)<br>)<br>) |

**FILED**
3:56 pm Feb 13 2025
Clerk U.S. District Court
Northern District of Ohio
Youngstown

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 13, 2025__ in the county of __Stark__ in the __Northern__ District of __Ohio__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1343 | Wire Fraud |
| 18 U.S.C. § 1952(a)(1) | Travel Act |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Complainant's signature*

Richard Olasz III, Special Agent, FBI
*Printed name and title*

Sworn to via telephone after submission by reliable electronic means. Fed. R. Crim. P. 3, 4(d), and 4.1.

Date: 02/13/2025

*Judge's signature*

City and state: Youngstown, Ohio

Carmen E. Henderson, U.S. Magistrate Judge
*Printed name and title*